THE LAW OFFICES OF JUDITH S. LELAND, APLC
7007 Washington Avenue, Suite 240
Whittier, CA 90602
Telephone: (562) 904-6955
Facsimile:  (562) 632-1301
ENRIQUE M. JUAREZ (State Bar No: 26984)
E-mail: tracey@disabilitylawfirm.com
      Attorneys for Plaintiff

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JENNIFER A. KENNEY, CSBN 241625
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  (510) 970-4825
    Facsimile: (415) 744-0134
    Email:  Jennifer.a.kenney@ssa.gov
    Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DVISION

| | |
|---|---|
| JANNA DI'ETTE RAWLING,<br>    Plaintiff,<br><br>    v.<br>KILOLO KIJAKAZI[1],<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. CV 20-01098-JVS-AFM<br>[PROPOSED] **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of FIVE THOUSAND and FIFTY DOLLARS [$5,050.00]. as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation

Dated: 8/12/2021

_____
HON. ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE